080008916



EXHIBIT A

Prepared by:
Peter C. Sackett, Trustee
714 Court Street
Lynchburg, VA 24504

Tax Map No.: 065-01-013

*The First Trustee's Deed — Later Amended by Cunningham office (see his package) due to notary issue*

THIS TRUSTEE'S DEED, made this 16TH day of October, 2008, by and between **PETER C. SACKETT**, Trustee, party of the first part (Grantor); and **JOHN L. WYNNE**, unmarried, party of the second part (Grantee):

### WITNESSETH THAT:

WHEREAS, by deed of trust dated August 23, 2006, of record in the Clerk's Office of the Circuit Court of the City of Lynchburg, Virginia, as Instrument Number 060011337, Karen Foster conveyed the herein described real estate to Peter C. Sackett, Trustee, in trust, to secure to John L. Wynne the payment of the obligation therein described; and

WHEREAS, default having been made in the payment of the note secured by said deed of trust, the holder of said note directed the party of the first part to foreclose and to sell the hereinafter described real estate under the terms and conditions of said deed of trust, and

WHEREAS, the party of the first part advertised the hereinafter described real estate in accordance with the terms and conditions of said deed of trust, and offered said real estate for sale on the premises, on September 25, 2008, after giving written notice of such sale by certified mail to Karen Foster, at her last known address, required by law and as required under the said deed; and

WHEREAS, at said sale the party of the second part was the high bidder at $160,000.00.

NOW, THEREFORE, that for and in consideration of the sum of One Hundred Sixty Thousand and 00/100 Dollars ($160,000.00), cash in hand paid to the party of the first part by the party of the second part, the receipt of which is hereby acknowledged, the said party of the first does hereby grant and convey, with **SPECIAL WARRANTY OF TITLE**, unto the said party of the second part, the following described real estate, to-wit:

That certain tot or parcel of land lying, together with any buildings and improvements thereon, and the privileges and appurtenances thereunto belonging, situate, lying and being in the City of Lynchburg, Virginia, in that portion thereof annexed from the County of Campbell, Virginia on January 1, 1926, designated as Lot 13 in Block A, on a plat entitled "**Block 'A' Evergreen Subdivision, Bedford & Campbell Counties, Lynchburg, Virginia, for John C. Catherwood, Esq.**", made by Wiley and Wilson, Consulting Engineers, dated April 10, 1957, and of record in the Clerk's Office of the Circuit Court for the City of Lynchburg, Virginia, in Deed Book 313, at page 34, and also of record in the Clerk's Office of the Circuit Court of Bedford County, Virginia, in Subdivision Plat Book 1, at page 23.

Said property has a street address of 2232 Ridgewood Drive, Lynchburg, Virginia.

Being the same identical property conveyed unto Karen Foster by Homer M. Foster, by deed dated April 16, 1998, and which deed is of record in the Circuit Court Clerk's Office of the City of Lynchburg, Virginia, in Deed Book 1032, at page 267.

This conveyance is made subject to all easement; restrictions, reservations and conditions now binding on the above described property by recorded deed, instrument or plat.

**IN WITNESS WHEREOF,** the party of the first part has hereto affixed his signature and seal.

_____ (SEAL)
Peter C. Sackett, Trustee


**STATE OF VIRGINIA**
**CITY OF LYNCHBURG, TO-WIT:**

The foregoing deed was acknowledged before me this 16th day of October, 2008 by Peter C. Sackett, Trustee.

My commission expires: June 30, 2011

Reg. No. 281062

_____
Notary Public

Virginia: In the Clerk's Office of the Circuit Court of the City of Lynchburg The foregoing instrument was this day presented in the office aforesaid and is, together with the certificate of acknowledgement annexed, admitted to record **OCT 2 1 2008**, _____ at _4:00_ o'clock _P_____ M. The tax imposed by Sec. 58.1-802 of the Code has been paid in the amount of $ _160.00_ .

TESTE: _[signature]_     Clerk

_400.00_ Tax
_133.33_ City Tax
_1.00_ Transfer
_5.00_ TFTF
_1.00_ OAPF
_26.00_ Fee
_160.00_ Tax Sec. 58.1-802
_726.33_ TOTAL

Examined And
Delivered To
Grantee

John L. Wynne
1688 Holcomb Rock Rd
Lynchburg Va 24503