I I 0000287



35

This deed was prepared without the
benefit of title examination by:
B. Leigh Drewry, Jr.
Cunningham & Drewry
105 Archway Court
Lynchburg, VA 24502
**Tax Map No.: 065-01-013**

THIS AMENDED TRUSTEE'S DEED, made this **31st** day of December, 2010 by and

between **PETER C. SACKETT**, Trustee, party of the first part (Grantor); and **JOHN L. WYNNE**,

unmarried, party of the second part (Grantee):

### WITNESSETH THAT:

WHEREAS, by deed of trust dated August 23, 2006, of record in the Clerk's Office of the

Circuit Court of the City of Lynchburg, Virginia, as Instrument number 060011337, Karen Foster

conveyed the herein described real estate to Peter C. Sackett, Trustee, in trust, to secure the holder

of the note described therein, John L. Wynne, the payment of the obligation therein described; and

WHEREAS, default having been made in the payment of the note secured by said deed of

trust, the holder of said note directed the party of the first part to foreclose and to sell the hereinafter

described real estate under the terms and conditions of said deed of trust, and

WHEREAS, the party of the first part advertised the hereinafter described real estate in

accordance with the terms and conditions of said deed of trust, and offered said real estate for sale

on the premises, on September 25, 2008, after giving written notice of such sale by certified mail to

Karen Foster, at her last known address, required by law and as required under the said deed; and

WHEREAS, at the said sale the party of the second part was the high bidder at $160,000.00.

NOW THEREFORE, that and for and in consideration of the sum of One Hundred Sixty

Thousand and 00/100 Dollars ($160,000.00), cash in hand paid to the party of the first part by the

party of the second part, the receipt of which is hereby acknowledged, the said party of the first part

does hereby grant and convey, with **SPECIAL WARRANTY OF TITLE**, unto the said party of

the second part, the following described real estate, to-wit:

That certain lot or parcel of land lying, together with any buildings and improvements thereon, and the privileges and appurtenances thereunto belonging, situate, lying and being in the City of Lynchburg, Virginia, in that portion thereof annexed from the County of Campbell, Virginia on January 1, 1926, designated as Lot 13 in Block A, on a plat entitled **"Block 'A' Evergreen Subdivision, Bedford & Campbell Counties, Lynchburg, Virginia, for John C. Catherwood, Esq.",** made by Wiley and Wilson, Consulting Engineers, dated April 10, 1957, and of record in the Clerk's Office of the Circuit Court for the City of Lynchburg, Virginia, in Deed Book 313, at page 34, and also of record in the Clerk's Office of the Circuit Court of Bedford County, Virginia, in Subdivision Plat Book 1, at page 23.

Said property has a street address of 2232 Ridgewood Drive, Lynchburg, Virginia.

Being the same identical property conveyed unto Karen Forster by Homer M. Foster, by deed dated April 16, 1998, and which deed is of record in the Circuit Court Clerk's Office of the City of Lynchburg, Virginia, in Deed Book 1032, at page 267.

This conveyance is made subject to all easement; restrictions, reservations and conditions

now binding on the above described property by recorded deed, instrument or plat

**IN WITNESS THEREOF**, the party of the first part has hereto affixed his signature and

seal.

_____(SEAL)
Peter C. Sackett, Trustee

STATE OF VIRGINIA      )
                       ) To-wit
CITY OF LYNCHBURG      )

The forgoing deed was acknowledged before me this **31st** day of December, 2010 by Peter C. Sackett, Trustee.
My commission expires: __08/31/2011__

_____
Notary Public



*37*

Virginia: **In the Clerk's Office of the Circuit Court of the City of Lynchburg** The foregoing instrument was this day presented in the office aforesaid and is, together with the certificate of acknowledgement annexed, admitted to record __JAN 1 8 2011__ ,
_____ at _10:18_ o'clock _A_ M.

TESTE: _Eudora C. Leonard_ , Clerk

_____ Tax
_____ City Tax
_1.00_ Transfer
_5.00_ TFTF
_1.00_ OAPF
_16.00_ Fee
_23.00_ TOTAL

Examined And
Delivered To
Grantee
Cunningham & Drewry