

EUGENE C. WINGFIELD, CLERK

CLERK'S OFFICE

# LYNCHBURG CIRCUIT COURT

900 Court Street
P. O. Box 4
Lynchburg, Virginia 24505
Telephone 434-455-2620
Facsimile 434-847-1864

MOSBY G. PERROW, III, JUDGE
F. PATRICK YEATTS, JUDGE

April 20, 2012



APR 2 3 2012

United States Bankruptcy Court
Western District of Virginia
1101 Court St. Room 266
Lynchburg, VA 24504

Ref: Karen Marie Foster, Case Number 12-60619

To Whom It May Concern:

This court filed a claim against Ms. Foster in her pending bankruptcy case, 12-60619, for $1521.77 for fines and costs owed to this court. This office mistakenly filed the same claim twice, once by US Postal Service and the second by electronic mail. I am asking as the Clerk of this Court that claim 2-1 be omitted from filing since both represent the same claim. We request to continue with claim 1-1 of $1521.77.

Name of Creditor: Lynchburg Circuit Court
       PO Box 4
       Lynchburg, VA 24505

Thank you for your consideration in this matter.

Sincerely,

Eugene C. Wingfield
Clerk of Court