U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Lynchburg Division

| In re: | Chapter 11 |
|---|---|
| KAREN M. FOSTER, | Case No. 12-60619 |
| Debtor. | |

DEBTOR'S CONSENT TO U.S. TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, by counsel, who consents to the dismissal of this case and consents to an order that she may not file another case in this Court for 180 days.

Respectfully Submitted,

KAREN M. FOSTER

By: /s/ Gary M. Bowman

Gary M. Bowman, Esq.
VSB No. 28866
2728 Colonial Ave., Ste. 100
Roanoke, Virginia 24015
Tel: (540) 343-1173
Fax: (540) 343-1157

CERTIFICATE OF SERVICE

I, Gary M. Bowman, do hereby certify that a true and correct copy of this Debtor's Consent to U.S. Trustee's Motion to Dismiss was served through the ECF system to all parties on August 8, 2012.

/s/ Gary M. Bowman